IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUSTIN C. HOELSCHER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-542-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America against plaintiff Justin C. Hoelscher dismissing this case for lack of subject matter jurisdiction.

    s/V. Olmo, Deputy Clerk           7/18/2018
    Peter Oppeneer, Clerk of Court          Date